IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JOE MIKE MADRID II, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | 2:15-CV-307 |
| § | |
| WILLIAM STEPHENS, Director, § | |
| Texas Department of Criminal Justice § | |
| Correctional Institutions Division, § | |
| § | |
| Respondent. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION and DENYING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE

Came for consideration petitioner's "Motion for Extension of Time to File" filed October 15, 2015. On October 27, 2015, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant motion be denied. As of this date, petitioner has not filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is ADOPTED. Accordingly, petitioner's Motion for Extension of Time to File is DENIED.

IT IS SO ORDERED.

ENTERED this _____ day of November 2015.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE